435 A.2d 239

Commonwealth v. Smith, Appellant.

Submitted March 21, 1980. Michael Von Moschzisker, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.